**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| VAUGHN HARRIS, | : | Case No. 1:25-cv-738 |
| Petitioner, | : | Judge Matthew W. McFarland |
| v. | : | |
| SHERIFF DARON HALL, | : | |
| Respondent. | : | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 3)**

---

This matter is before the Court on the Report and Recommendations (Doc. 3) of United States Magistrate Judge Michael R. Merz. The Court has reviewed the Report and Recommendations. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** the Report and Recommendations (Doc. 3) in full and **ORDERS** the following:

1. The Petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;
2. As reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability;
3. Pursuant to 28 U.S.C. § 1915(a), it is hereby **CERTIFIED** that any appeal of this Order is not taken in good faith, and Petitioner is **DENIED** leave to appeal in forma pauperis; and
4. This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________
JUDGE MATTHEW W. McFARLAND